Wiley Chambers, For the Use of Dollie Hawkins, Appellee, v. Prudence Mutual Casualty Company, Successor to Regal Mutual Insurance Company, Garnishee-Appellant.

Gen. No. 47,679. 

First District, Third Division.

December 9, 1959.

Released for publication January 29, 1960.

George F. Barrett (Edward Wolfe, and John Dempsey, of counsel) for appellant; Kleinman, Schwarzbach, and Preston (John G. Preston, of counsel) for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**